# Exhibit A



# Petition in Favor of Free Speech and the Right to Bear Arms

The First and Second Amendments guarantee freedom of speech and the right to bear arms. By signing below, I am pledging my support for the First and Second Amendments.

Our goal is to get 1 million registered voters in swing states to sign in support of the Constitution, especially freedom of speech and the right to bear arms. This program was exclusively open to registered voters in Pennsylvania, Georgia, Nevada, Arizona, Michigan, Wisconsin and North Carolina.

### SIGNER & REFERRER PAYMENT PROGRAMS 10/17 - 11/05

If you signed this petition while a $47 or $100 payment offer was active and met the criteria of state, voter registration status, and/or confirmed referrals, your payment is being processed. Due to volume, all payments are expected to be issued on or before Nov. 30, 2024. Before payment is made, America PAC will verify the accuracy of all information of the referrer and referee. Payments of $600 or more will require the referrer to provide a signed IRS W-9 so an IRS 1099 can be issued. To be eligible, both the referrer and the petition signer must be registered voters of Arizona, Michigan, Georgia, Nevada, North Carolina, Pennsylvania, or Wisconsin.

**First Name** *

[ First Name ]

**Last Name** *

[ Last Name ]

**Email Address** *

[ Email Address ]

**Cell Phone Number** *
Will only be used to confirm you are the legitimate petition signer. No other purpose.

[ Cell Phone Number ]

**Mailing Address** *

Street Address

Use Manual Address

**Did someone refer you?**

**Email or Cell Phone Number**

Email or Cell Phone Number

SIGN PETITION >

Each person may only sign this petition once. Eligible people may only list one eligible person as their referrer. Signing the petition on behalf of another person is not permitted.