IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK,<br><br>       Defendants. | Case No. 2:25-cv-01691<br><br>CLASS ACTION |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Having considered Plaintiff's Motion to Proceed Under Pseudonym, and having considered the authorities cited and materials cited therein, **IT IS ORDERED THAT:**

Plaintiff's Motion to Proceed Under Pseudonym is granted.

Dated:                                    BY THE COURT:

                                                                  _____

                                                                  United States District Judge