IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated | : : : | Case Number: 2:25-cv-01691-WB |
| v. | : : | |
| America PAC, et al. | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.  The Clerk is DIRECTED to add Shannon Liss-Riordan, Esquire as counsel for John Doe, individually and on behalf of all others similarly situated.  Shannon Liss-Riordan is DIRECTED to request ECF filing access using their PACER Account[1].

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-01691-WB

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Shannon Liss-Riordan the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent John Doe, individually and on behalf of all others similarly situated. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| State where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| California | 8/30/2016 | 310719 |
| Massachusetts | 1/4/1999 | 640716 |
| New York | 5/18/1999 | 2971927 |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| Court where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| Central District of California | 10/31/2016 | |
| Northern District of California | 10/5/2016 | |
| Central District of Illinois | 12/21/2020 | |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for* John Doe, individually and on behalf of all others similarly situated

*Name of Attorney:* Shannon Liss-Riordan

*Firm Address:* LICHTEN & LISS-RIORDAN, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116

*Telephone Number:* (617) 994-5800

*Email Address:* sliss@llrlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/18/2025
(Date)

*(Movant's signature)*

Court Admissions Continued

*B. Federal Court Admissions*

| Court | Admission Date | Attorney Identification Number |
|---|---|---|
| Michigan (E.D.) | 6/7/2017 | |
| New York (W.D.) | 6/9/2017 | |
| New York (S.D.) | 11/27/2018 | |
| Wisconsin (E.D.) | 6/28/2018 | |
| U.S. Supreme Court | 3/4/2013 | 286346 |
| D.C. Circuit | 5/30/2008 | |
| 1st Circuit | 5/15/2001 | 77877 |
| 2nd Circuit | 1/20/2011 | |
| 3rd Circuit | 1/7/2013 | |
| 5th Circuit | 12/8/2022 | |
| 6th Circuit | 7/10/2017 | |
| 7th Circuit | 1/16/2015 | |
| 9th Circuit | 5/6/2013 | |
| 11th Circuit | 9/10/2019 | |

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

   The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Shannon Liss-Riordan, Esq.</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Jeremy E. Abay | *[signature]* | 11/4/2014 | 316730 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

LICHTEN & LISS-RIORDAN, P.C., 30 Washington Ave, Suite D-3, Haddonfield, NJ 08033

jabay@llrlaw.com

856-509-5346

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/18/2025                         *[signature]*
     (Date)                              (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated | : : : | Case Number: <u>2:25-cv-01691-WB</u> |
| v. | : : | |
| America PAC, et al. | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of <u>Thomas Fowler</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Andy Taylor, Esq.
ataylor@andytaylorlaw.com

Chris Gober, Esq.
cgober@lexpolitica.com

Anna Mackin, Esq.
amackin@lexpolitica.com

Matt Haverstick, Esq.
mhaverstick@kleinbard.com

_____
(Signature of Attorney)

<u>Jeremy E. Abay_____</u>
(Name of Attorney)

<u>Attorney for Plaintiff_____</u>
(Name of Moving Party)

<u>4/18/2025_____</u>
(Date)