IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE**, *individually and on behalf of all others similarly situated*,<br>      Plaintiff,<br><br>      v.<br><br>**AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK**,<br>      Defendants. | **CIVIL ACTION**<br><br><br><br>**NO. 25-1691** |

# O R D E R

   **AND NOW**, this 22nd day of April, 2025, upon receipt of Plaintiff's Motion to Proceed Under Pseudonym (ECF No. 2), **IT IS HEREBY ORDERED** that said Motion is **GRANTED AS UNOPPOSED**.

                                                            BY THE COURT:


                                                            S/ WENDY BEETLESTONE
                                                            _____
                                                            **WENDY BEETLESTONE, J.**