**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JOHN DOE** | : |
| Plaintiff, | : |
| v. | : No. 2:25-cv-01691-WB |
| **AMERICA PAC; GROUP AMERICA, LLC; ELON MUSK** | : |
| Defendants. | : |

# ORDER

AND NOW, this _____ day of _____ , 2025, it is hereby **ORDERED** and **DECREED** that Anne Marie Mackin, Esquire, is admitted *pro hac vice* to the United States District Court for the Eastern District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____
Beetlestone, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE** | : |
| Plaintiff, | : |
| v. | : No. 2:25-cv-01691-WB |
| **AMERICA PAC; GROUP AMERICA, LLC; ELON MUSK** | : |
| Defendants. | : |

**MOVANT'S STATEMENT OF ANNE MARIE MACKIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Anne Marie Mackin, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Defendants America PAC, Group America, LLC, and Elon Musk. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

State where admitted: Texas
Admission Date: 2011
Attorney Identification Number: 24078898

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

N/A

> *C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I, Anne Marie Mackin, Esq., of the law firm Lex Politica PLLC at P.O. Box 341016, Austin, TX, 78734, am seeking to enter my appearance for Defendants America PAC, Group America, LLC, and Elon Musk.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 30, 2025                                     */s/ Anne Marie Mackin*
                                                        Anne Marie Mackin, TX #24078898
                                                        Lex Politica PLLC
                                                        P.O. Box 341016
                                                        Austin, TX, 78734
                                                        Telephone: 512.354.1785
                                                        amackin@lexpolitica.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE** | : |
| | : |
| Plaintiff, | : |
| v. | : No. 2:25-cv-01691-WB |
| | : |
| **AMERICA PAC; GROUP AMERICA, LLC; ELON MUSK** | : |
| | : |
| Defendants. | : |

## <u>MATTHEW H. HAVERSTICK'S MOTION FOR *PRO HAC VICE* ADMISSION OF ANNE MARIE MACKIN</u>

Mattthew H. Haverstick, undersigned counsel for Defendants America PAC, Group America, LLC, and Elon Musk, hereby moves that Anne Marie Mackin be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants America PAC, Group America, LLC, and Elon Musk pursuant to the Honorable Wendy Beetlestone's Policies and Procedures, Section V, and in support thereof I aver as follows:

1. I am admitted practice and am in good standing before this Court.

2. I have entered my appearance in the above-captioned matter as is reflected on the docket.

3. Ms. Mackin frequently represents the Defendants, and the Defendants want him to represent them in the above-captioned matter.

2

4.	On April 29, 2025, undersigned contacted Plaintiff's counsel requesting his concurrence in this Motion. As of the filing of this Motion, Plaintiff's counsel has concurred.

5.	The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Anne Marie Mackin to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

WHEREFORE, I respectfully request that this Court grant this Motion and enter the attached Order granting Anne Marie Mackin admission *pro hac vice* for the above captioned matter.

Date: April 30, 2025

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

*Counsel for Defendants America PAC, Group America, LLC, and Elon Musk*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a true and correct copy of the Motion for Admission *Pro Hac Vice* of Anne Marie Mackin, Esquire was filed electronically, whereby notice of this filing is being electronically sent to all registered parties' counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                  By:    /s/ Matthew H. Haverstick_____
                                                                                Matthew H. Haverstick, Esquire

Dated: April 30, 2025