# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN■
MATTHEW W. THOMSON×
THOMAS P. FOWLER×◊
BRADLEY MANEWITH•
KRYSTEN CONNON^■
JEREMY ABAY^■◊
OLENA SAVYTSKA×
_____
MATTHEW CARRIERI×
JACK BARTHOLET×
TREVOR BYRNE×
MORINE MITCHELL×
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

76 E. EUCLID AVENUE, SUITE 101
HADDONFIELD, NJ 08033
_____

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM
_____

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
■ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT

May 13, 2025

**By CM/ECF**
Honorable Wendy Beetlestone, U.S.D.J.
10614 U.S. Courthouse
601 Market Street,
Philadelphia, PA 19106

      Re:    *John Doe v. America PAC, et al.*
                No. 2:25-cv-01691-WB

Dear Judge Beetlestone,

      This firm represents Plaintiffs in the above-captioned matter. Plaintiffs respectfully request that the Rule 16 conference currently scheduled for May 20, 2025, at 11:00 AM be adjourned to June 3, 2025, or a later date convenient for the Court.

      Plaintiffs' trial counsel is set to begin a jury trial in another matter on May 19, 2025, which is anticipated to last one week. Additionally, Plaintiffs recently filed a related action, *Maglietta, et al. v. America PAC, et al.*, No. 2:25-cv-02364, which may warrant coordinated discovery with this case.

      Defendants do not oppose this adjournment, and their counsel is available on June 3, 2025, should that date work for the Court.

      We appreciate the Court's consideration of this request.

      Respectfully submitted,

      */s/ Shannon Liss-Riordan*
      Shannon Liss-Riordan

      Counsel for Plaintiffs

cc:    All counsel of record (by ECF)