UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE AND BOBBI PISOR,** : | |
| : | |
| Plaintiffs, : | No. 2:25-cv-01691-WB |
| v. : | |
| : | |
| **AMERICA PAC; GROUP AMERICA,** : | |
| **LLC; AND ELON MUSK** : | |
| : | |
| Defendants. : | |

# ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Defendants' Motion to Dismiss, the Motion is **GRANTED** and Plaintiffs' Amended Complaint is **DISMISSED** with prejudice.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE AND BOBBI PISOR,** : | |
| : | |
| Plaintiffs, : | No. 2:25-cv-01691-WB |
| v. : | |
| : | |
| **AMERICA PAC; GROUP AMERICA,** : | |
| **LLC; AND ELON MUSK** : | |
| : | |
| Defendants. : | |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12, Defendants America PAC, Group America LLC, and Elon Musk (collectively the "Defendants"), by counsel, hereby move to dismiss Plaintiffs' Amended Complaint with prejudice for the reasons contained in their Brief in Support of Motion to Dismiss.

| | |
|---|---|
| Date: June 9, 2025 | */s/ Matthew H. Haverstick*<br>Matthew H. Haverstick (No. 85072)<br>KLEINBARD LLC<br>Three Logan Square, 5th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone: (215) 568-2000<br>Fax: (215) 568-0140<br>Eml: mhaverstick@kleinbard.com<br><br>*/s/ Anne Marie Mackin*<br>Chris K. Gober*<br>Texas State Bar No. 24048499<br>Andy Taylor*<br>Texas State Bar No. 19727600<br>Anne Marie Mackin*<br>Texas State Bar No. 24078898<br>Jesse Vazquez*<br>Florida State Bar No.1013573<br>Lex Politica PLLC<br>P.O. Box 341015<br>Austin, TX 78734<br>Telephone: (512) 354-1785<br>cgober@lexpolitica.com<br>ataylor@ataylorlaw.com<br>amackin@lexpolitica.com<br>jvazquez@lexpolitica.com<br><br>**Attorneys for Defendants**<br><br>**Admitted* pro hac vice |

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 9, 2024, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| Date: June 9, 2025 | */s/ Matthew H. Haverstick*<br>Matthew H. Haverstick (No. 85072)<br>KLEINBARD LLC<br>Three Logan Square, 5th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone: (215) 568-2000<br>Fax: (215) 568-0140<br>Eml: mhaverstick@kleinbard.com |