IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** *individually and on behalf of all others similarly situated,* **and BOBBI PISOR,**<br>         **Plaintiffs,**<br><br>         v.<br><br>**AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK,**<br>         **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-1691** |
| **ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS,** *individually and on behalf of all others similarly situated*,<br>         **Plaintiffs,**<br><br>         v.<br><br>**AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK,**<br>         **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-2364** |

**O R D E R**

**AND NOW**, this 26th day of August, 2025, upon consideration of: (1) Defendants' Motion to Dismiss the First Amended Complaint in *Doe v. America PAC* (Civil Action No. 25-1691, ECF Nos. 28 and 35), and Plaintiffs' Response in Opposition thereto (Civil Action No. 25-1691, ECF No. 34); as well as, (2) Defendants' Motion to Dismiss the Complaint in *Maglietta v. America PAC* (Civil Action No. 25-2364, ECF Nos. 22 and 24), and Plaintiffs' Response in Opposition thereto (Civil Action No. 25-2364, ECF No. 23), **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Dismiss the First Amended Complaint in *Doe v. America PAC* (Civil Action No. 25-1691, ECF No. 28) is **GRANTED** with respect to:

    a. All claims against Defendant Group America LLC, which entity shall be **DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION** pursuant to Federal Rule of Civil Procedure 12(b)(1);

    b. Plaintiffs' promissory estoppel claim, which shall be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6); and,

    c. Plaintiff John Doe's claim under the Pennsylvania Wage Payment and Collection Law, which claim shall be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Defendants' Motion to Dismiss the First Amended Complaint in *Doe v. America PAC* (Civil Action No. 25-1691, ECF No. 28) is **DENIED** in all other respects for the reasons set forth in the accompanying Memorandum Opinion.

3. Defendants' Motion to Dismiss the Complaint in *Maglietta v. America PAC* (Civil Action No. 25-2364, ECF No. 22) is **GRANTED** with respect to:

    a. All claims against Defendant Group America LLC, which entity shall be **DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION** pursuant to Federal Rule of Civil Procedure 12(b)(1); and,

    b. Plaintiffs' promissory estoppel claim, which shall be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. Defendants' Motion to Dismiss the Complaint in *Maglietta v. America PAC* (Civil Action No. 25-2364, ECF No. 22) is **DENIED** in all other respects for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

                                      **WENDY BEETLESTONE, C.J.**