**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE AND BOBBI PISOR,** | : |
| | : |
| Plaintiffs, | :    No. 2:25-cv-01691-WB |
| v. | : |
| | : |
| **AMERICA PAC; GROUP AMERICA,** | : |
| **LLC; AND ELON MUSK** | : |
| | : |
| Defendants. | : |
| | : |

**JOINT STIPULATION FOR EXTENSION OF TIME**

Pursuant to this Court's Policies and Procedures, Plaintiffs John Doe and Bobbi Pisor and

Defendants America PAC, Group America, LLC, and Elon Musk hereby stipulate that

Defendants shall file a responsive pleading to Plaintiffs' Second Amended Complaint (ECF No.

40) by October 3, 2025.

**SO ORDERED:**

Dated: _9/17/2025_

S/ WENDY BEETLESTONE
_____
WENDY BEETLESTONE, C.J.

**AGREED TO:**

_/s/ Thomas Fowler_____

Shannon Liss-Riordan (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
Jeremy E. Abay (PA # 316730)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
jabay@llrlaw.com

*Attorneys for Plaintiffs*

_/s/ Matthew H. Haverstick_____

Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

Chris K. Gober
Texas State Bar No. 24048499
Anne Marie Mackin
Texas State Bar No. 24078898

1

Jesse Vazquez
Florida State Bar No.1013573
Lex Politica PLLC
P.O. Box 341015
Austin, TX 78734
Telephone: (512) 354-1785
cgober@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

Andy Taylor
Texas State Bar No. 19727600
Andy Taylor & Associates, P.C.
2628 Highway 36S #288
Brenham, TX 77833
Telephone: (713) 412-4025
ataylor@ataylorlaw.com

*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I, Matthew H. Haverstick, hereby certify that on September 16, 2025, I caused a true and correct copy of the Joint Stipulation, to be served on the following via the Court's electronic filing system:

Shannon Liss-Riordan (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
Jeremy E. Abay (PA # 316730)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
jabay@llrlaw.com

*Attorneys for Plaintiffs*

Dated: September 16, 2025

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com