# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **JOHN DOE AND BOBBI PISOR,** | : | |
| *Plaintiffs*, | : | No. 2:25-cv-01691-WB |
| v. | : | |
| **AMERICA PAC; GROUP AMERICA, LLC; AND ELON MUSK** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Defendants' Motion to Strike Under Rule 12(f) and Dismiss Under Rules 12(b)(1) and 12(b)(6) and Brief in Support, the Motion is **GRANTED** and all unauthorized defendants, claims, and allegations are **STRICKEN** from the Second Amended Class Action Complaint. **IT IS FURTHER ORDERED** that Plaintiffs' Second Amended Class Action Complaint is **DISMISSED** with prejudice.

_____
WENDY BEETLESTONE, C.J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE AND BOBBI PISOR,** | : |
| *Plaintiffs*, | : No. 2:25-cv-01691-WB |
| v. | : |
| **AMERICA PAC; GROUP AMERICA, LLC; AND ELON MUSK** | : |
| *Defendants*. | : |

### DEFENDANTS' MOTION TO STRIKE UNDER RULE 12(f) AND DISMISS UNDER RULES 12(b)(1) AND 12(b)(6)

Pursuant to Federal Rules of Civil Procedure 12(f), 12(b)(1), and 12(b)(6), Defendants America PAC, Group America LLC, and Elon Musk, by counsel, hereby respectfully move to 1) strike portions of Plaintiffs' Second Amended Class Action Complaint (ECF No. 40) that violate Federal Rule of Civil Procedure 15(a)(2); and 2) dismiss the Second Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) with prejudice for the reasons contained in their Brief in Support, filed contemporaneously herewith.

Respectfully submitted,

Date: October 3, 2025

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

*/s/ Anne Marie Mackin*
Chris K. Gober*
Texas State Bar No. 24048499
Andy Taylor*
Texas State Bar No. 19727600

1

2

                        Anne Marie Mackin*
                        Texas State Bar No. 24078898
                        Jesse Vazquez*
                        Florida State Bar No.1013573
                        Lex Politica PLLC
                        P.O. Box 341015
                        Austin, TX 78734
                        Telephone: (512) 354-1785
                        cgober@lexpolitica.com
                        ataylor@ataylorlaw.com
                        amackin@lexpolitica.com
                        jvazquez@lexpolitica.com

                        *Attorneys for Defendants*

                        **Admitted* pro hac vice

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2025, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: October 3, 2025                    */s/ Matthew H. Haverstick*
                                                  Matthew H. Haverstick (No. 85072)
                                                  KLEINBARD LLC
                                                  Three Logan Square, 5th Floor
                                                  1717 Arch Street
                                                  Philadelphia, PA 19103
                                                  Phone: (215) 568-2000
                                                  Fax: (215) 568-0140
                                                  Eml: mhaverstick@kleinbard.com