UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE AND BOBBI PISOR,** : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> **AMERICA PAC; GROUP AMERICA,** : <br> **LLC; AND ELON MUSK** : <br> : <br> Defendants. : <br> : | No. 2:25-cv-01691-WB |

**JOINT STIPULATION FOR EXTENSION OF DEADLINES**

In light of Defendants' pending Motion to Strike Under Rule 12(f) and Dismiss Under Rules 12(b)(1) and 12(b)(6) (Dkt. 43), the parties hereby stipulate extending the deadlines listed in the current Scheduling Order (Dkt. 33) as follows:

| **Current Deadline** | **New Deadline** |
|---|---|
| Motions for class certification – October 10, 2025 | Motions for class certification – January 8, 2026 |
| Motions for summary judgment and/or *Daubert* motions – June 24, 2026 | Motions for summary judgment and/or *Daubert* motions – September 22, 2026 |

This stipulation is not intended to amend any other deadline set forth in the Court's Scheduling Order (Dkt. 33).

**SO ORDERED:**

Dated: _____                              _____
                                                                          WENDY BEETLESTONE, C.J.

**AGREED TO:**

| | |
|---|---|
| */s/ Shannon Liss-Riordan* | */s/ Matthew H. Haverstick* |
| Shannon Liss-Riordan (*pro hac vice*) | Matthew H. Haverstick (No. 85072) |
| Thomas Fowler (*pro hac vice*) | KLEINBARD LLC |
| Jeremy E. Abay (PA # 316730) | Three Logan Square, 5th Floor |
| LICHTEN & LISS-RIORDAN, P.C. | 1717 Arch Street |
| 729 Boylston Street, Suite 2000 | Philadelphia, PA 19103 |
| Boston, MA 02116 | Phone: (215) 568-2000 |
| (617) 994-5800 | Fax: (215) 568-0140 |
| sliss@llrlaw.com | Eml: mhaverstick@kleinbard.com |
| tfowler@llrlaw.com | |
| jabay@llrlaw.com | Chris K. Gober |
| | Texas State Bar No. 24048499 |
| *Attorneys for Plaintiffs* | Anne Marie Mackin |
| | Texas State Bar No. 24078898 |
| | Jesse Vazquez |
| | Florida State Bar No.1013573 |
| | Lex Politica PLLC |
| | P.O. Box 341015 |
| | Austin, TX 78734 |
| | Telephone: (512) 354-1785 |
| | cgober@lexpolitica.com |
| | amackin@lexpolitica.com |
| | jvazquez@lexpolitica.com |
| | |
| | Andy Taylor |
| | Texas State Bar No. 19727600 |
| | Andy Taylor & Associates, P.C. |
| | 2628 Highway 36S #288 |
| | Brenham, TX 77833 |
| | Telephone: (713) 412-4025 |
| | ataylor@ataylorlaw.com |
| | |
| | *Attorneys for Defendants* |

Dated: October 7, 2025

## **CERTIFICATE OF SERVICE**

      I, Shannon Liss-Riordan, hereby certify that on October 7, 2025, I caused a true and correct copy of the foregoing document to be served on all counsel of record for Defendants via filing on the Court's CM/ECF system.

Date: October 7, 2025                                          */s/ Shannon Liss-Riordan*
                                                                                     Shannon Liss-Riordan