IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** *individually and on behalf of all others similarly situated,* **and BOBBI PISOR,**<br>        **Plaintiffs,**<br><br>                v.<br><br>**AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK,**<br>        **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  25-1691 |
| **ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS,** *individually and on behalf of all others similarly situated*,<br>        **Plaintiffs,**<br><br>                v.<br><br>**AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK,**<br>        **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  25-2364 |

## O R D E R

**AND NOW**, this 7th day of January, 2026, upon consideration of: (1) Defendants' Motion to Strike and Dismiss the Second Amended Complaint in *Doe v. America PAC* (Civil Action No. 25-1691, ECF Nos. 43 and 51), and Plaintiffs' Response in Opposition thereto (Civil Action No. 25-1691, ECF No. 48); as well as, (2) Defendants' Motion to Dismiss the First Amended Complaint in *Maglietta v. America PAC* (Civil Action No. 25-2364, ECF Nos. 31 and 39), and Plaintiffs' Response in Opposition thereto (Civil Action No. 25-2364, ECF No. 36), for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** as follows:

1.      Defendants' Motion to Strike the Second Amended Complaint in *Doe v. America PAC* (Civil Action No. 25-1691, ECF No. 43) is **DENIED**.

2.      Defendants' Motion to Dismiss the Second Amended Complaint in *Doe v. America PAC* (Civil Action No. 25-1691, ECF No. 43) is **GRANTED** with respect to:

   a. All claims against Defendant Group America LLC, which is **DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION** pursuant to Federal Rule of Civil Procedure 12(b)(1);

   b. Plaintiff John Doe's claim under the Pennsylvania Wage Payment and Collection Law, which claim is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

3.      Defendants' Motion to Dismiss the First Amended Complaint in *Doe v. America PAC* (Civil Action No. 25-1691, ECF No. 43) is **DENIED** in all other respects for the reasons set forth in the accompanying Memorandum Opinion.

4.      Defendants' Motion to Dismiss the Complaint in *Maglietta v. America PAC* (Civil Action No. 25-2364, ECF No. 31) is **DENIED.**

                                                            BY THE COURT:

                                                            S/ WENDY BEETLESTONE
                                                            _____
                                                            **WENDY BEETLESTONE, C.J.**