**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN DOE and BOBBI PISOR, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICA PAC and ELON MUSK,

Defendants.

Case No. 2:25-cv-01691-WB

# JOINT STIPULATION TO STAY PROCEEDINGS

The Parties, by and through their undersigned counsel, have conferred and jointly stipulate to stay all proceedings in this action, including all discovery, so that the Parties may explore a possible resolution. Good cause exists for the stay. It will allow the parties to focus their efforts and resources on those discussions and will conserve the resources of the Court and the Parties. No Party will be prejudiced by the stay.

Accordingly, all current deadlines are vacated. This includes all discovery deadlines and the deadlines for motions for class certification, motions for summary judgment, and *Daubert* motions. Within sixty (60) days, the Parties will file a joint status report advising the Court whether the stay should be lifted or continued. If the stay is lifted, the Parties will propose a new schedule for the remaining deadlines.

**SO ORDERED:**

Dated: 10/30/2026

S/ WENDY BEETLESTONE
WENDY BEETLESTONE, C.J.

AGREED TO:

/s/ Shannon Liss-Riordan________
Shannon Liss-Riordan (pro hac vice)
Thomas Fowler (pro hac vice)
Krysten Connon (PA #314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
kconnon@llrlaw.com

*Attorneys for Plaintiffs*

/s/ Matthew H. Haverstick___________
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

Jesse Vazquez*
Florida State Bar No.1013573
Andy Taylor*
Texas State Bar No. 19727600
Anne Marie Mackin*
Texas State Bar No. 24078898
Nadin Linthorst *
New York State Bar No. 5559042
Lex Politica PLLC
#129 7415 SW Parkway
Bldg. 6, Ste. 500
Austin, Texas 78735
Telephone: (512) 354-1785
jvazquez@lexpolitica.com
ataylor@ataylorlaw.com
amackin@lexpolitica.com
nlinthorst@lexpolitica.com

*Attorneys for Defendants*

* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that on October 29, 2026, I caused a true and correct copy of the foregoing document to be served on all counsel of record for Defendants via filing on the Court's CM/ECF system.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan